

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GUADALUPE VALENCIA PEREZ ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-08-168-AWI <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on October 20 , 2007 to PROBATION,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: *10-21-08*

_____
ANTHONY W. ISHII
U.S. District Judge


9/26/96 exonbnd.frm